# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER 18CR5115-WQH |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| Crispin Hipolito-Paulino | ) | Booking No. 06070025 |

**TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:**

Be advised that under date of __6/28/2019__ the Court entered the following order:

- [X] Defendant be released from custody.
- [ ] Defendant placed on supervised / unsupervised probation / supervised release.
- [ ] Defendant continued on supervised / unsupervised probation / supervised release.
- [ ] Defendant released on $ _____ bond posted.
- [ ] Defendant appeared in Court. FINGERPRINT & RELEASE.
- [ ] Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.
- [ ] Defendant sentenced to TIME SERVED, supervised release for _____ years.
- [ ] Bench Warrant Recalled.
- [ ] Defendant forfeited collateral.
- [ ] Case dismissed.
- [X] Case dismissed, charges pending in case no. __15CR2422-WQH__
- [ ] Defendant to be released to Pretrial Services for electronic monitoring.
- [ ] Other. _____

**William Q. Hayes**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

JOHN MORRILL         Clerk
by

Received _____ DUSM

A. SACCO
x7360

Deputy Clerk

Crim-9   (Rev. 8-11)

★ U.S. GPO: 1996-783-398/40151

CLERK'S COPY